## SWITZER *versus* GUARDIANS OF HOLLOWAY.

If, in a suit by guardians, it is omitted in the declaration to make profert of the letters of guardianship, such defect is cured by a verdict.

The omission to make profert of letters of guardianship, can only be taken advantage of by demurrer.

Holloway, by guardians, brought an action of *detinue* against the plaintiff in error, in the Circuit Court of Marion, for the recovery of a negro slave. The declaration contained no profert of letters of guardianship, and under the plea of *non detinet*, a verdict was rendered for the defendants in error.

Switzer having taken a writ of error to this Court, assigned for cause of reversal,

1st. That there was no sufficient issue.

2d. That the declaration contained no profert of letters.

P. MARTIN, for Plaintiff—CRABB, *contra.*

By Mr. Justice HITCHCOCK :

This is an action of *detinue,* brought by the defendant in this Court, by his guardians, for a negro.—— The declaration is in the common form ; but no profert is made of the letters of guardianship. The defendant below, pleaded,

1. " *Non detinet*"—to which there was issue.

2. " Purchased of Billy Holloway,"—to which there is a replication, that the vendor was of unsound mind, and incapable of contracting away his property ; and that guardians had been appointed, and that they governed him and his effects. To this there is a general replication in short, and issue, and a verdict was had for the plaintiffs, for four hundred and fifty dollars.

The assignments are,

1. That there were no such issues formed as would enable the jury to try the cause; and,

2. That the declaration is insufficient; there being no profert of the letters of guardianship.

The pleadings were, by consent, taken in short. The first plea of *non detinet,* is a proper and issuable plea, and will sustain the verdict; and the want of the profert of letters of guardianship, is cured by the verdict. It could only be taken advantage of by demurrer.[a]

The judgment must be affirmed.